NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC,**
*Plaintiff-Appellant*

**v.**

**XEROX CORP.,**
*Defendant-Appellee*

---

2023-1077

---

Appeal from the United States District Court for the Western District of New York in No. 6:19-cv-06036-EAW-MWP, Judge Elizabeth A. Wolford.

---

**JUDGMENT**

---

PAUL J. ANDRE, Kramer Levin Naftalis & Frankel LLP, Redwood Shores, CA, argued for plaintiff-appellant. Also represented by LISA KOBIALKA; MARK BAGHDASSARIAN, CRISTINA MARTINEZ, New York, NY.

ANDREW LOUIS PERITO, Morrison & Foerster LLP, San Francisco, CA, argued for defendant-appellee. Also represented by BETHANY BENGFORT, DARALYN JEANNINE DURIE, VERA RANIERI, ERIC C. WIENER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2024                                        Jarrett B. Perlow
Date                                                      Clerk of Court